UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24160-ALTMAN/Becerra

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**QUIZ HOLDINGS, LLC,**
**d/b/a QUIZNOS SUBS, a foreign**
**limited liability company,**

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

      DATED:  December 27, 2023.

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By___*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com


By ___*s/  Pelayo  M.  Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

**DENTONS COHEN & GRIGSBY**
Counsel for Defendant
Mercato – Suite 6200
9110 Strata Place
Naples, FL 34108-2938
Telephone: 239 444 1826
Facsimile: 239 390 1901

By ___*s/ Bryan F. DuBon*_____
        Bryan F. DuBon
        Fla. Bar No. 1007943