UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24160-ALTMAN/Becerra

NELSON FERNANDEZ,

     *Plaintiff*,

v.

QUIZ HOLDINGS LLC,
*d/b/a* QUIZNOS SUBS,

     *Defendant*.

_____/

## ORDER

The parties filed a Joint Notice of Settlement [ECF No. 15], informing us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **January 26, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on December 27, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record